UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DENIS R. McDONOUGH,* Secretary for the U.S. Department of Veterans Affairs, a federal government agency,<br><br>Defendants. | No. 2:20-cv-00097-JFW-GJSx<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Honorable John F. Walter<br>United States District Judge |

*Under Fed. R. Civ. P. 25(d), Secretary McDonough is substituted in place of his predecessor, Robert L. Wilkie, Jr.

The Stipulation to Dismiss Case with Prejudice filed by plaintiff Jennifer Smith and Denis R. McDonough, Secretary, United States Department of Veterans Affairs, is hereby APPROVED.

The above-entitled case shall be dismissed with prejudice.

Each party shall bear her/his own attorney's fees and costs.

IT IS SO ORDERED.

Date: May 24, 2021

*signature*
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Chung H. Han*
CHUNG H. HAN
Assistant United States Attorney

1